IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

FILED
2004 SEP 28 AM 9:40
U.S. DISTRICT COURT
N.D. OF ALABAMA

| | |
|---|---|
| TIMOTHY LEE BATSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | CV 03-H-305-S |
| ) | |
| MR. DANIELS, Warden II, et.al., ) | |
| ) | |
| Defendants. ) | |

ENTERED
SEP 28 2004

**MEMORANDUM OF OPINION**

This is a civil action pursuant to 42 U.S.C. § 1983 filed by plaintiff, Timothy Lee Batson, on February 11, 2003, alleging that his constitutional rights were violated while incarcerated at W. E. Donaldson Correctional Facility in Bessemer, Alabama. In his *pro se* complaint, plaintiff names Warden Daniels, Sgt. Reynolds, Capt. Richburg, and Officer Darreyl Kemp as defendants. He contends that defendants violated his right to due process and equal protection of the law.[1] As compensation for the alleged constitutional violations, plaintiff seeks monetary relief. On July 21, 2004, the magistrate judge entered a report and recommendation, recommending that summary judgment be granted to defendants. No objections have been filed by either party.

Having carefully reviewed and considered *de novo* all the materials in the file, including the report and recommendation, the Court is of the opinion that the magistrate judge's findings of fact and conclusions of law are due to be and are hereby ADOPTED and

---

[1] All other claims against said defendants were dismissed on September 18, 2003.

his recommendation is ACCEPTED. Therefore, the Court EXPRESSLY FINDS that there are no genuine issues of material fact showing defendants Daniels, Reynolds, Richburg, or Kemp violated plaintiff's constitutional right to due process or equal protection of the law. As such, said defendants are entitled to judgment as a matter of law. Accordingly, the motion for summary judgment filed by defendants Daniels, Reynolds, Richburg, and Kemp is due to be GRANTED and plaintiff's claims are due to be DISMISSED WITH PREJUDICE.

An appropriate order will be entered.

DATED this 27th day of September, 2004.

JAMES H. HANCOCK
SENIOR JUDGE